1  Richard A. Solomon, SBN 82923
   Holly J. Nolan, SBN 140775
2  SOLOMON, GRINDLE, SILVERMAN & WINTRINGER
   A Professional Corporation
3  12651 High Bluff Drive, Suite 250
   San Diego, CA 92130
4  Tel. (858) 793-8500
   Fax (858) 793-8263
5  Richard@sgswlaw.com
   Hollyn@sgswlaw.com
6
7  Attorneys for Defendants NORTHERN LEASING SYSTEMS, INC., LEASE FINANCE GROUP, LLC, CIT FINANCIAL USA, INC., LEASE SOURCE, INC., and JAY COHEN
8

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSEPH CREAM, JR., AMANDA CREAM, CATHY CREAM and FERNANDO CARILLO,<br><br>              Plaintiffs,<br><br>v.<br><br>NORTHERN LEASING SYSTEMS, INC., LEASE FINANCE GROUP, LLC, EVO MERCHANT SERVICES, LLC, EVO PAYMENTS INTERNATIONAL, LLC, ALLEN & ASSOCIATES, LEASE SOURCE, INC., LEASE SOURCE-LSI, LLC, CIT FINANCIAL USA, INC., JAY COHEN,M PETER S. COHEN, RON G. ARRINGTON AND DOES 1-100,<br><br>              Defendants. | Case No.  C-15-01208 MEJ<br><br>**REQUEST TO APPEAR TELEPHONICALLY AT MOTION TO DISMISS PLAINTIFFS' FIRST AMENDED COMPLAINT**<br><br>Date:  June 25, 2015<br>Time:  10:00 a.m.<br>Ctrm:  B |

TO THE HONORABLE MAGISTRATE JUDGE MARIA-ELENA JAMES:

Counsel for Defendants NORTHERN LEASING SYSTEMS, INC., LEASE FINANCE GROUP, LLC, CIT FINANCIAL USA, INC., LEASE SOURCE, INC. and JAY COHEN, respectfully requests to appear telephonically at the Motion to Dismiss Plaintiffs' First Amended Complaint, set before this Court on June 25, 2015, at 10:00 a.m. for the following reasons.  Counsel's office is located in San Diego and it would be a burden for Defendants to incur the costs for transportation

1 | to and from the hearing, as well as counsel's time for that travel.  Counsel therefore
2 | respectfully requests that the Court grant its request.

3 | Dated: May 1, 2015           SOLOMON, GRINDLE, SILVERMAN
4 |                              & WINTRINGER, APC

5
6 |                        By:    s/   Richard A. Solomon
                                  Richard A. Solomon
7 |                               Holly J. Nolan
                                  Attorneys for Defendants NORTHERN
                                  LEASING SYSTEMS, INC., LEASE
8 |                               FINANCE GROUP, LLC, CIT FINANCIAL
                                  USA, INC., LEASE SOURCE, INC., and
9 |                               JAY COHEN

10
11
12 |     Upon consideration of counsel's request, it is hereby ordered that counsel:
13 | _____ may appear  _____ may not appear telephonically at the motion.

14
15 | IT IS SO ORDERED.

16 | Dated: _____        _____
                                        Magistrate Judge of the U.S. District Court

17
18
19
20
21
22
23
24
25
26
27
28