Richard A. Solomon, SBN 82923
Holly J. Nolan, SBN 140775
SOLOMON, GRINDLE, SILVERMAN & WINTRINGER
A Professional Corporation
12651 High Bluff Drive, Suite 250
San Diego, CA 92130
Tel. (858) 793-8500
Fax (858) 793-8263
Richard@sgswlaw.com
Hollyn@sgswlaw.com

Attorneys for Defendants NORTHERN LEASING SYSTEMS, INC., LEASE FINANCE GROUP, LLC, CIT FINANCIAL USA, INC., LEASE SOURCE, INC., and JAY COHEN

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JOSEPH CREAM, JR., AMANDA CREAM, CATHY CREAM and FERNANDO CARILLO,<br><br>Plaintiffs,<br><br>v.<br><br>NORTHERN LEASING SYSTEMS, INC., LEASE FINANCE GROUP, LLC, EVO MERCHANT SERVICES, LLC, EVO PAYMENTS INTERNATIONAL, LLC, ALLEN & ASSOCIATES, LEASE SOURCE, INC., LEASE SOURCE-LSI, LLC, CIT FINANCIAL USA, INC., JAY COHEN,M PETER S. COHEN, RON G. ARRINGTON AND DOES 1-100,<br><br>Defendants. | Case No.  C-15-01208 MEJ<br><br>**REQUEST TO APPEAR TELEPHONICALLY AT MOTION TO DISMISS PLAINTIFFS' FIRST AMENDED COMPLAINT**<br><br>Date:  June 25, 2015<br>Time:  10:00 a.m.<br>Ctrm:  B |

TO THE HONORABLE MAGISTRATE JUDGE MARIA-ELENA JAMES:

Counsel for Defendants NORTHERN LEASING SYSTEMS, INC., LEASE FINANCE GROUP, LLC, CIT FINANCIAL USA, INC., LEASE SOURCE, INC. and JAY COHEN, respectfully requests to appear telephonically at the Motion to Dismiss Plaintiffs' First Amended Complaint, set before this Court on June 25, 2015, at 10:00 a.m. for the following reasons.  Counsel's office is located in San Diego and it would be a burden for Defendants to incur the costs for transportation

to and from the hearing, as well as counsel's time for that travel. Counsel therefore respectfully requests that the Court grant its request.

Dated: May 1, 2015         SOLOMON, GRINDLE, SILVERMAN
                                         & WINTRINGER, APC


By:    s/   Richard A. Solomon
Richard A. Solomon
Holly J. Nolan
Attorneys for Defendants NORTHERN LEASING SYSTEMS, INC., LEASE FINANCE GROUP, LLC, CIT FINANCIAL USA, INC., LEASE SOURCE, INC., and JAY COHEN

Upon consideration of counsel's request, it is hereby ordered that counsel:

__x__ may appear  _____ ~~may not~~ appear telephonically at the motion.

IT IS SO ORDERED.

Dated:  __May 20, 2015__                  _____
                                                              Magistrate J_____    Court

GRANTED. Counsel shall contact the Courtroom Deputy, Rose Maher, at 415-522-4708 prior to the June 25, 2015 Motion hearing and provide the Court with a direct dial number for the Court to contact counsel. Counsel shall make himself available beginning at 10:00 a.m. Counsel will be called in the order of the calendar, which may not be precisely at 10:00 a.m.

*Judge Maria-Elena James*