UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSEPH CREAM, et al.,<br><br>        Plaintiffs,<br><br>   v.<br><br>NORTHERN LEASING SYSTEMS, INC., et al.,<br><br>        Defendants. | Case No. 15-cv-01208-MEJ<br><br>**ORDER VACATING CMC** |

This matter is currently scheduled for a Case Management Conference on June 11, 2015. However, as there is a pending motion to dismiss, the Case Management Conference and all related deadlines are VACATED. The conference will be rescheduled, if necessary, after any pending motions are resolved.

**IT IS SO ORDERED.**

Dated: May 22, 2015

_____
MARIA-ELENA JAMES
United States Magistrate Judge