*IT IS SO ORDERED*
*Judge Maria-Elena James*
*UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA*

| | |
|---|---|
| Evan Livingstone, SBN 252008<br>ATTORNEY AT LAW<br>740 4th St., Suite 215<br>Santa Rosa, CA 95404<br>Tel (707) 206-6570<br>Fax (707) 676-9112<br>Email: evanmlivingstone@gmail.com | |
| Attorney for Plaintiffs Joseph Cream, Jr., Amanda Cream, Cathy Cream and Fernando Carillo | DATED: 8/11/2015<br><br>Request is GRANTED. The Docket Clerk shall Transfer the matter to the United States District Court/Southern District of New York, forthwith. |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Joseph Cream, Jr., Amanda Cream, Cathy Cream and Fernando Carillo<br><br>    Plaintiffs<br><br>    vs.<br><br>Northern Leasing Systems, Inc, Lease Finance Group LLC, EVO Merchant Services, LLC, EVO Payments International, LLC, Allen & Associates, Lease Source Inc., Lease Source-LSI, LLC, CIT Financial USA, Inc, Jay Cohen, Peter S Cohen, Ron G Arrington and Does 1-100<br><br>    Defendants | Civil Action No. C 15-01208 MEJ<br><br>**STIPULATION TO VENUE IN UNITED STATES DISTRICT COURT SOUTHERN DISTRICT OF NEW YORK**<br><br>Date:  No Hearing Set<br><br>Time:  N/A<br><br>Dept.  B<br><br>Judge:  Maria-Elena James |

Plaintiffs JOSEPH CREAM, JR., AMANDA CREAM, CATHY CREAM and FERNANDO CARILLO and Defendants NORTHERN LEASING SYSTEMS, INC., LEASE FINANCE GROUP, LLC, CIT FINANCIAL USA, INC., LEASE SOURCE, INC. and JAY COHEN hereby stipulate that pursuant to 28 U.S. Code § 1406(a) and the Court's ruling on the Defendants' Motion to Dismiss/Transfer, the Court may transfer this case to the United States District Court, Southern District of New York.

Stipulation to Venue in United States District Court Southern District of New York – Page 1

It is so stipulated.

Dated: August 10, 2015                 /s/Evan Livingstone
                                       Evan Livingstone
                                       Attorney for Plaintiffs
                                       JOSEPH CREAM, JR., AMANDA CREAM,
                                       CATHY CREAM and FERNANDO CARILLO


Dated: August 10, 2015                 SOLOMON, GRINDLE, SILVERMAN
                                       & WINTRINGER, APC


                              By:      /s/ Holly J. Nolan
                                       Richard A. Solomon
                                       Holly J. Nolan
                                       Attorneys for Defendants NORTHERN LEASING
                                       SYSTEMS, INC., LEASE FINANCE GROUP,
                                       LLC, CIT FINANCIAL USA, INC.,
                                       LEASE SOURCE, INC. and JAY COHEN